July 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ZHI JIE PAN, Appellant

NO. 14-12-00831-CV                    V.

WEI LIU, HAITAO ZHUANG, AND YANAN YU, Appellees

_____

This cause, an appeal from the judgment signed, August 10, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant Zhi Jie Pan to pay all costs incurred in this appeal. We further order this decision certified below for observance.